NUMBER 13-08-00596-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

DAVID HAJOVSKY, Appellant,


v.



COUNTY OF GONZALES, Appellee. 

_____________________________________________________________


On appeal from the 25th District Court 


of Gonzales County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Rodriguez and Benavides


Memorandum Opinion Per Curiam


 This case is before the Court on an agreed/joint motion to dismiss appeal. The
parties have agreed that the trial court's Order Granting Injunction is not a final order, and
therefore, this Court does not have appellate jurisdiction over this case at this time. 
Pursuant to agreement, the parties request this Court to dismiss the appeal. 

 The Court, having considered the documents on file and parties' agreed/joint motion
to dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R.
App. P. 42.1(a). The parties' agreed/joint motion to dismiss is granted, and the appeal is
hereby DISMISSED. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at the parties' request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.


 PER CURIAM

Memorandum Opinion delivered and

filed this the 15th day of January, 2009.